UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  10-10359NMG

| |
|---|
| CITY OF LOWELL, |
|             Plaintiff, |
| v. |
| ENEL NORTH AMERICA, INC., |
|             Defendant. |

ANSWER

For its First defense, the Defendant Enel North America, Inc. ("Enel") hereby responds to the allegations contained in the Plaintiff's Verified Complaint as follows:

FIRST DEFENSE

INTRODUCTION

The allegations contained in the first paragraph of the Verified Complaint constitute an introductory statement as to which no response is required and, therefore, Enel denies them.  To the extent that a response is deemed necessary, Enel denies that Plaintiff is entitled to any relief as requested.

PARTIES

1.      Enel admits the allegations contained in paragraph 1 of the Verified Complaint.

2.      Enel denies the allegation that Enel is a Massachusetts corporation, but Enel otherwise admits that it has a principal place of business at One Tech Drive, Suite 220, Andover, Massachusetts.

JURISDICTION

3.       The allegations contained in paragraph 3 of the Verified Complaint constitute conclusions of law as to which no response is required and, therefore, Enel denies them.

4.       The allegations contained in paragraph 4 of the Verified Complaint constitute conclusions of law as to which no response is required and, therefore, Enel denies them.

FACTUAL BACKGROUND

5.       Enel is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Verified Complaint and, therefore, Enel denies them. In further response, Enel states that any such agreement speaks for itself.

6.       Enel is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Verified Complaint and, therefore, Enel denies them. In further response, Enel states that any such agreement speaks for itself.

7.       Enel is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Verified Complaint and, therefore, Enel denies them. In further response, Enel states that any such agreement speaks for itself.

8.       Enel is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Verified Complaint and, therefore, Enel denies them.

9.       Enel denies the allegations contained in paragraph 9 of the Verified Complaint.

10.      Enel denies the allegations contained in paragraph 10 of the Verified Complaint.

11.      Enel denies the allegations contained in paragraph 11 of the Verified Complaint.

12.      Enel denies the allegations contained in paragraph 12 of the Verified Complaint.

13.      Enel denies the allegations contained in paragraph 13 of the Verified Complaint.

## COUNT I
## BREACH OF CONTRACT

14.     Enel repeats, realleges and incorporates herein by reference Enel's responses to the allegations contained in paragraphs 1 through 13 of the Verified Complaint.

15.     Enel denies the allegations contained in paragraph 15 of the Verified Complaint.

16.     Enel denies the allegations contained in paragraph 16 of the Verified Complaint.

17.     Enel denies the allegations contained in paragraph 17 of the Verified Complaint.

18.     Enel denies the allegations contained in paragraph 18 of the Verified Complaint.

## COUNT II
## DECLARATORY JUDGMENT

19.     Enel repeats, realleges and incorporates herein by reference Enel's responses to the allegations contained in paragraphs 1 through 18 of the Verified Complaint.

20.     The allegations contained in paragraph 20 of the Verified Complaint assert conclusions of law as to which no response is required and, therefore, Enel denies them.

21.     Enel denies the allegations contained in paragraph 21 of the Verified Complaint.

22.     Enel denies the allegations contained in paragraph 22 of the Verified Complaint.

## PRAYERS FOR RELIEF

WHEREFORE, Enel denies that Plaintiff is entitled to any relief as requested against Enel.

## SECOND DEFENSE

For a Second and separate defense, Enel states that the Verified Complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

For a Third and separate defense, Enel states that this action is barred for lack of an actual case or controversy.

## FOURTH DEFENSE

For a Fourth and separate defense, Enel states that this action is barred for lack of standing.

## FIFTH DEFENSE

For a Fifth and separate defense, Enel states that this action is barred for failure to join all necessary parties.

## SIXTH DEFENSE

For a Sixth and separate defense, Enel states that this action is barred for failure to exhaust all administrative remedies.

## SEVENTH DEFENSE

For a Seventh and separate defense, Enel states that this action is barred by the doctrine of waiver.

## EIGHTH DEFENSE

For an Eighth and separate defense, Enel states that this action is barred by the doctrine of laches.

## NINTH DEFENSE

For a Ninth and separate defense, Enel states that this action is barred by the doctrine of estoppel.

## TENTH DEFENSE

For a Tenth and separate defense, Enel states that this action is barred by the applicable statute(s) of limitations.

## ELEVENTH DEFENSE

For an Eleventh and separate defense, Enel states that this action is barred for lack of ripeness.

## TWELFTH DEFENSE

For a Twelfth and separate defense, Enel states that this action is barred by reason of preemption, including but not limited to preemption under the Federal Power Act.

## THIRTEENTH DEFENSE

For a Thirteenth and separate defense, Enel states that this action is barred by reason of Mass. Gen. L. ch. 184, § 23.

## FOURTEENTH DEFENSE

For a Fourteenth and separate defense, Enel states that this action is barred by reason of the Statute of Frauds.

## FIFTEENTH DEFENSE

For a Fifteenth and separate defense, Enel states that this action is barred for lack of offer, acceptance, assignment, assumption, and/or consideration.

WHEREFORE, Enel prays that this Honorable Court enter an order dismissing the Verified Complaint against Enel and denying Plaintiff the relief sought; declaring and adjudging that Enel is not bound by the Agreement; and granting Enel its costs, reasonable attorney's fees and such other and further relief as this Honorable Court may deem just and proper.

DEFENDANT ENEL NORTH
AMERICA, INC.

By its attorney,

Matthew P. Zayotti, BBO #638265
KEEGAN WERLIN LLP
265 Franklin Street
Boston, Massachusetts 02110-3100
(617) 951-1400

Dated:  March/6, 2010

---

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on *March 16, 2010*.

---

6